```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0022--CR (RRB)
                "USA V BRIAN ANTHONY CASIAS"
                 DEF 1.1 CASIAS, BRIAN ANTHONY

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  03/15/05
             Closed:  10/06/05
 No. of Defendants:  1
   MJ Case Number:  A05-0043--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Leonie G.H. Grant
                     Special Assistant U.S. Attorney
                     700 Stewart Street, Suite 5220
                     Seattle, WA 98101-1271
                     206-553-7970
                     FAX 206-553-0755
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 CASIAS, BRIAN ANTHONY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 49:46504 INTERFERENCE WITH A FLIGHT CREW AND FLIGHT ATTENDANTS (F) | Sentenced (38-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0022--CR (RRB)
                                  "USA V BRIAN ANTHONY CASIAS"

                                        For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: 10/06/05
No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
     1 -  1  03/15/05   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1  03/16/05   Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act ddln forwarded to chambers.

     2 -  1  03/16/05   [Re: DEF 1] RRB Grand Jury Minutes no bail set. Detention per 18:3143)
                        Set for arraignment and notify USM. Def in custody.

     3 -  1  03/16/05   [Re: DEF 1] Documents transferred from: A05-0043MJ (AHB) to A05-0022 CR
                        (RRB).

     3 -  2  03/16/05   DEF 1 motion for determination of mental compentency.

     4 -  1  03/16/05   [Re: DEF 1] AHB Minute Order the prelim hrg set 3/18/05 is vacated and
                        an arraignment is set for 3/18/05 at 1:00 p.m. before MJ Branson in
                        courtroom #5.  cc: AUSA, S. TATTER, USM, USPO, JUDGE BEISTLINE

     5 -  1  03/18/05   [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arraignment on
                        Indictment (held 3/18/05); granting motion for determination of mental
                        compentency (3-2); order placed under seal.  cc: USA, FPD, USM, USPO,
                        Judge Beistline

     6 -  1  03/18/05   {SEALED}

     7 -  1  04/11/05   DEF 1 motion to continue trial w/att exh.

     8 -  1  04/11/05   DEF 1 motion for continuance of report on competency.

     9 -  1  04/13/05   [Re: DEF 1] AHB Order granting motion for continuance of report on
                        competency until 5/11/05 (8-1).  cc: AUSA, PFD, USM, USPO

    10 -  1  04/13/05   PLF 1 Notice of substitution of counsel Leonie G.H. Grant SAUSA.

    11 -  1  04/13/05   [Re: DEF 1] PLF 1 non-opposition to def's mot for continuance of report
                        of competency.

    12 -  1  04/13/05   [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to continue trial
                        (7-1).

    13 -  1  04/13/05   PLF 1; DEF 1 Discovery conference certificate.

    14 -  1  04/14/05   [Re: DEF 1] RRB Minute Order trial scheduling conference is set for
                        4/29/05 at 10:00 a.m. in Courtroom #2.  cc: SAUSA, FPD, USM, USPO

    15 -  1  04/27/05   [Re: DEF 1] RRB Minute Order the trial scheduling conference set for
                        4/29/05 is rescheduled for 5/6/05 at 10:00 a.m. in Courtroom #2.  cc:
                        AUSA, FPD, USM, USPO, MJ Branson

    16 -  1  05/02/05   DEF 1 motion for continuance or report on competency until 5/25/05.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0022--CR (RRB)
                           "USA V BRIAN ANTHONY CASIAS"

                              For all filing dates


 Document #   Filed      Docket text

    17 -  1   05/03/05   [Re: DEF 1] RRB Minute Order the time for the trial setting conference
                         on 5/6/05 is changed from 10:00 a.m. to 9:30 a.m. in Courtroom #2.  cc:
                         AUSA, FPD, USM, UPSO

    18 -  1   05/03/05   [Re: DEF 1] PLF 1 Unopposed motion to continue trial scheduling
                         conference.

    19 -  1   05/04/05   [Re: DEF 1] RRB Minute Order granting unopposed motion to continue trial
                         scheduling conference (18-1).  cc: AUSA, FPD, USM, USPO

    20 -  1   05/04/05   [Re: DEF 1] AHB Order granting motion for continuance or report on
                         competency until 5/25/05 (16-1).  cc: AUSA, FPD, USM, USPO

    21 -  1   05/26/05   [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at
                         the direction of the Chief Judge, the MJ referral is reassigned to MJ
                         Roberts. cc: USA, FPD, L. Grant, Judge Beistline

    22 -  1   05/26/05   {SEALED}

    23 -  1   05/26/05   {SEALED}

    24 -  1   06/03/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re status conf
                         (held 6/3/05); def mot for determination of mental competency, part of
                         dkt #3, deemed withdrawn on def cnsl's oral request; def arraigned; not
                         guilty plea entered; cnsl advised no trial date set; def cnsl
                         unavailable for trial from 8/1/05 through 8/15/05; meet and confer date
                         waived; PTMs due 6/23/05; def cnsl's oral req to be allowed to discuss
                         def's psychological eval with his family granted; rpt to remain under
                         seal.  cc: L. Grant (SAUSA), FPD, USM, USPO, Judge Beistline

    25 -  1   06/03/05   [Re: DEF 1] JDR Order regarding preparation for trial; meet and confer
                         date waived; ptms due 6/23/05.  cc:  L. Grant (SAUSA), FPD

    26 -  1   06/03/05   DEF 1 Unopposed motion for limited disclosure order.

  NOTE -  2   06/06/05   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act deadlines forwarded to chambers.

    27 -  1   06/06/05   [Re: DEF 1] JDR Minute Order granting unopposed motion for limited
                         disclosure order (26-1). cc: USA, FPD

    28 -  1   06/06/05   [Re: DEF 1] JDR Order of excludable delay from 3/16/05 to 6/3/05 for 80
                         days (code A).

    29 -  1   06/16/05   [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re Trial Scheduling
                         Conf (held 6/16/05); Prop Change of Plea set for 7/6/05 at 10:30 a.m.;
                         excludable delay under 18 U.S.C. section 3161 (h)(8)(B)(iv); def's det
                         cont; cc: USA, FPD, USM, USPO.

    30 -  1   06/20/05   [Re: DEF 1] RRB Minute Order the COP hrg set for 7/6/05 is changed from
                         10:30 a.m. to 11:00 a.m. in Courtroom #2.  cc: AUSA, FPD, USM, USPO

    31 -  1   06/27/05   DEF 1 Notice of Intent to change plea.

    32 -  1   07/06/05   [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re Prop Change of Plea
                         (held 7/6/05); def changed plea to guilty on Ct 1 of the Indt; IOS set
                         for 10/4/05 at 9:00 a.m.; def det cont; cc: USA, FPD, USM, USPO, MJ

 ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                         Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0022--CR (RRB)
                            "USA V BRIAN ANTHONY CASIAS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Roberts. |
| 33 - 1 | 09/07/05 | [Re: DEF 1] copy of RRB Request to 9CCA (case No. 05-303337) for expedited clarification re def's release from custody. (Original mailed 9/7/05 to 9CCA for docketing by 9CCA, copies faxed to 9CCA & cnsl). |
| 34 - 1 | 09/27/05 | {SEALED} |
| 35 - 1 | 09/27/05 | {SEALED} |
| 36 - 1 | 09/28/05 | [Re: DEF 1] RRB Minute Order IOS set for 10/4/05 at, is changed from 9:00 a.m. to 8:00 a.m. in Courtroom #2.  cc: L. Grant, FPD, USM, USPO (Faxed to L. Grant) |
| 37 - 1 | 10/04/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re IOS (held 10/04/05); sentence imposed as stated in the judgment. |
| 38 - 1 | 10/06/05 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment (1-1). Imprisonment for a term of 21 months w/recommendations. Def is remanded to the custody of the USM. SR 3 years w/standard and special conditions. SA $100.00, Restitution #26,509.47 to the payee as stated. cc: AUSA, S. Tatter, USM, USPO, MJ ROBERTS, FLU, FINANCE, DEF W/CNSL |
| 39 - 1 | 10/11/05 | [Re: DEF 1] PLF 1 motion to correct judgment. |
| 40 - 1 | 10/12/05 | [Re: DEF 1] RRB Order granting motion to correct judgment (39-1) as stated.  cc: L. Grant, FPD, USM, USPO, ECRS |
| 41 - 1 | 10/18/05 | [Re: DEF 1] RRB Judgment (Amended) def plead guilty to count 1 of the Indictment.  Imprisonment for a term of 21 months w/recommendations. Def is remanded to the custody of the USM.  SR 3 years w/standard and special conditions.  SA $100.00, Restitution $26,509.47. (Statement of Reasons Amended).  cc: cnsl |
| 42 - 1 | 11/01/05 | [Re: DEF 1] Partial Transcript re IOS held 10/4/05. |